```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

LEHMAN BROTHERS HOLDINGS,
INC.,

    Plaintiff/Counter-Defendant,

v.                                  CASE NO. 8:09-CV-623-T-17EAJ

KEY FINANCIAL CORPORATION,

    Defendant/Counter-Plaintiff.

_____/

ORDER

This cause is before the Court on:

Dkt. 70    Report and Recommendation

The Court referred Plaintiff's Motion for Default Judgment and Motion for Attorney's Fees (Dkt. 61) to the assigned Magistrate Judge for a hearing and for a report and recommendation. Magistrate Judge Jenkins conducted an evidentiary hearing and has issued a Report and Recommendation, in which it is recommended that Plaintiff's Motion be granted, and the amended proposed default judgment be entered.

The Court has independently examined the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and incorporated, and Plaintiff's Motion for Default Judgment and for

Case No. 8:09-CV-623-T-17EAJ

Attorney's Fees (Dkt. 61) is **granted.** A separate Final Default Judgment will be entered.

    **DONE and ORDERED** in Chambers, in Tampa, Florida on this 2nd day of September, 2011.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record